NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUSAN R. FRASIER,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2010-7070

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-3545, Chief Judge William P. Greene, Jr.

---

**ON MOTION**

---

**ORDER**

Susan R. Frasier submits a motion "to strike or dismiss the appellee's brief." The Secretary of Veterans Affairs moves for leave to file a response.

Frasier's motion is in response to the Secretary's brief. Thus, the court treats her motion as a reply brief.

Accordingly,

It Is Ordered That:

(1) Frasier's motion is denied. Frasier's motion is treated as her reply brief. Copies of this order and Frasier's reply brief shall be transmitted to the merits panel assigned to this case.

(2) The Secretary's motion is denied as moot.

FOR THE COURT

**NOV 1 8 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Susan R. Frazier
Courtney S. McNamara, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**NOV 1 8 2010**

JAN HORBALY
CLERK